

IN THE
TENTH COURT OF APPEALS

No. 10-23-00140-CV

IN RE DICK B. SIMMONS, SR.
AND JULIE M. SIMMONS,

Original Proceeding

From the 361st District Court
Brazos County, Texas
Trial Court No. 18-001344-CV-361

MEMORANDUM OPINION

The Relators' "Petition for Writ of Mandamus," filed on May 15, 2023, is denied.

*See* TEX. R. APP. P. 52.7(a).

PER CURIAM



Before Chief Justice Gray,
        Justice Johnson, and
        Justice Wright[1]
Petition denied
Opinion delivered and filed September 19, 2024
[OT06]

---

[1] The Honorable Jim R. Wright, Senior Chief Justice (Retired) of the Eleventh Court of Appeals, sitting by assignment of the Chief Justice of the Texas Supreme Court.  *See* TEX. GOV'T CODE ANN. §§ 74.003, 75.002, 75.003.